EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#1 OF 93** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10526977<br>Date Taken: 02/22/2016<br>Photo Description: Singer Gwen Stefani is spotted leaving Cedars-Sinai Medical Center in Los Angeles, California with a bodyguard.<br>Copyright Application Date: 03/29/2016<br>Application Number: 1-3254639002<br>Copyright Registration Date: 03/29/2016<br>Registration Number: VA0001998534 | Domain: mix96tulsa.com<br>URL:      http://www.mix96tulsa.com/weblogs/mix-96-morning-blog/2016/feb/24/gwen-stefani-pics/<br>Observed Date: 03/07/2016 |  |

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 93** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10526982<br>Date Taken: 02/22/2016<br>Photo Description: Singer Gwen Stefani is spotted leaving Cedars-Sinai Medical Center in Los Angeles, California with a bodyguard.<br>Copyright Application Date: 03/29/2016<br>Application Number: 1-3254639002<br>Copyright Registration Date: 03/29/2016<br>Registration Number: VA0001998534 | Domain: mix96tulsa.com<br>URL:      http://www.mix96tulsa.com/weblogs/mix-96-morning-blog/2016/feb/24/gwen-stefani-pics/<br>Observed Date: 03/07/2016 |  |

| **COPYRIGHTED IMAGE** | **INFRINGEMENT#3 OF 93** | | **WEB PAGE CAPTURE** |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309721<br>Date Taken: 10/19/2013<br>Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wftv.com<br>URL:      http://www.wftv.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/<br>Observed Date: 02/04/2014 |  |

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#4 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10310185
Date Taken: 11/04/2013
Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wftv.com
URL:     http://www.wftv.com/photo/entertainment/wedding-1/p2Mzt/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#5 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wftv.com
URL:     http://www.wftv.com/photo/entertainment/january-3/pzqkT/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#6 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:     http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/06/2013

**WEB PAGE CAPTURE**



---

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#7 OF 93 | | WEB PAGE CAPTURE |

**COPYRIGHTED IMAGE**



**INFRINGEMENT#7 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:    http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/06/2013

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#8 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:    http://www.thenew93q.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**




---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#9 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:    http://www.thenew93q.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| | | | |
|---|---|---|---|
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#10 OF 93** | | **WEB PAGE CAPTURE** |



**INFRINGEMENT#10 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: thenew93q.com
URL:     http://www.thenew93q.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#11 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309651
Date Taken: 10/13/2013
Photo Description: Former 'Charmed' star Rose McGowan ties the knot with artist Davey Detail at the Paramour Mansion in Los Angeles.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: daytondailynews.com
URL:
http://www.daytondailynews.com/feed/entertainment/gorgeous-bride-rose-mcgowan-ties-the-knot-with/fWKqg/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#12 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: daytondailynews.com
URL:
http://www.daytondailynews.com/photo/entertainment/january-2/pzqkW/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#13 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312557
Date Taken: 11/20/2013
Photo Description: Lamar Odom stares out as he rides around in his SUV.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.tie1.mix96tulsa.com/photo/entertainment/lamar1/pyxpL/
Observed Date: 12/14/2013

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#14 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#15 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312205
Date Taken: 11/30/2013
Photo Description: Charlie Sheen seen with his new girlfriend Brett Rossi.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#16 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312227
Date Taken: 11/30/2013
Photo Description: Actor Charlie Sheen is seen with his new porn star girlfriend Brett Rossi outside the Hotel El Ganzo in Cabo San Lucas, Mexico on November 30, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/07/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#17 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#18 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: mix96tulsa.com
URL: http://www.mix96tulsa.com/photo/entertainment/ffn_roberts_julia_goodwin_exc_102813_51246562/p3prw/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#19 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312557
Date Taken: 11/20/2013
Photo Description: Lamar Odom stares out as he rides around in his SUV.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: whio.com
URL:      http://www.whio.com/feed/entertainment/lamar-odom-caught-driving-with-a-suspended-license/fWX7r/
Observed Date: 12/14/2013

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#20 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:      http://www.journal-news.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#21 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:      http://www.journal-news.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#22 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:   http://www.journal-news.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#23 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312287
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bring their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: journal-news.com
URL:   http://www.journal-news.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#24 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013

**WEB PAGE CAPTURE**



09/29/2016 12:05:35

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#25 OF 93 | | WEB PAGE CAPTURE |



**INFRINGEMENT#25 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013



---



**INFRINGEMENT#26 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 01/28/2014



---



**INFRINGEMENT#27 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:   http://www.rock103tulsa.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | **INFRINGEMENT#28 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10309721<br>Date Taken: 10/19/2013<br>Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: rock103tulsa.com<br>URL:  http://www.rock103tulsa.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/<br>Observed Date: 02/06/2014 |  |
|  | **INFRINGEMENT#29 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311046<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: rock103tulsa.com<br>URL: http://www.rock103tulsa.com/photo/entertainment/january-3/pzqkT/<br>Observed Date: 02/05/2014 |  |
|  | **INFRINGEMENT#30 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: rock103tulsa.com<br>URL: http://www.rock103tulsa.com/photo/entertainment/january-1/pzqkX/<br>Observed Date: 02/05/2014 |  |

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#31 OF 93 | | WEB PAGE CAPTURE |



**INFRINGEMENT#31 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:
http://www.rock103tulsa.com/photo/entertainment/january-2/pzqkW/
Observed Date: 02/05/2014



---



**INFRINGEMENT#32 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: rock103tulsa.com
URL:
http://www.rock103tulsa.com/photo/entertainment/ffn_roberts_julia_goodwin_exc_102813_51246562/p3prw/
Observed Date: 02/05/2014



---



**INFRINGEMENT#33 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wsbtv.com
URL: http://www.wsbtv.com/photo/entertainment/d1/p2dTm/
Observed Date: 01/28/2014



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#34 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10310185
Date Taken: 11/04/2013
Photo Description: Chris Kirkpatrick marries Karly Skladany at a wedding ceremony at the Loews Hotel in Orlando, Florida.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wsbtv.com
URL:        http://www.wsbtv.com/photo/entertainment/wedding-1/p2Mzt/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#35 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wsbtv.com
URL:        http://www.wsbtv.com/photo/entertainment/january-3/pzqkT/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#36 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: accessatlanta.com
URL:        http://www.accessatlanta.com/feed/entertainment/first-photos-of-donald-faison-cacee-cobbs-baby/fWSky/
Observed Date: 01/27/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#37 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311987
Date Taken: 11/09/2013
Photo Description: Donald Faison and his wife CaCee Cobb bringing their son Rocco home.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: accessatlanta.com
URL:
http://www.accessatlanta.com/photo/entertainment/d1/p2dTm/
Observed Date: 01/25/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#38 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL: http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#39 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL: http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#40 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312557
Date Taken: 11/20/2013
Photo Description: Lamar Odom stares out as he rides around in his SUV.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:    http://www.austin360.com/feed/entertainment/lamar-odom-caught-driving-with-a-suspended-license/fWX7r/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#41 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312205
Date Taken: 11/30/2013
Photo Description: Charlie Sheen seen with his new girlfriend Brett Rossi.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:    http://www.austin360.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#42 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309651
Date Taken: 10/13/2013
Photo Description: Former 'Charmed' star Rose McGowan ties the knot with artist Davey Detail at the Paramour Mansion in Los Angeles.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:    http://www.austin360.com/feed/entertainment/gorgeous-bride-rose-mcgowan-ties-the-knot-with/fWKqg/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#43 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:      http://www.austin360.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#44 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311660
Date Taken: 11/18/2013
Photo Description: Katy Perry enjoys the morning view from her hotel balcony as she sips a cup of coffee.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:      http://www.austin360.com/feed/entertainment/katy-perrys-bikini-breakfast-after-announcing/fWW9n/
Observed Date: 02/06/2014

**WEB PAGE CAPTURE**

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#45 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311052
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: austin360.com
URL:  http://www.austin360.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#46 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL:
http://www.houstonseagle.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#47 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL:   http://www.houstonseagle.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#48 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstonseagle.com
URL:
http://www.houstonseagle.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| | | | |
|---|---|---|---|
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#49 OF 93** | | **WEB PAGE CAPTURE** |



**INFRINGEMENT#49 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstoneagle.com
URL: http://www.houstoneagle.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#50 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: houstoneagle.com
URL: http://www.houstoneagle.com/photo/entertainment/ffn_roberts_julia_goodwin_exc_102813_51246562/p3prw/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#51 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: palmbeachpost.com
URL: http://www.palmbeachpost.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/03/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#52 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#53 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/02/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#54 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#55 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 01/28/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#56 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/06/2014

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#57 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/photo/entertainment/january-3/pzqkT/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#58 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/photo/entertainment/january-2/pzqkW/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#59 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/photo/entertainment/january-1/pzqkX/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#60 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/photo/entertainment/ffn_roberts_julia_goodwin_exc_102813_51246562/p3prw/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#61 OF 93 | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#61 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: countrylegends971.com
URL:
http://www.countrylegends971.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/14/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#62 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: statesman.com
URL: http://www.statesman.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014

---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#63 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311046
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wpxi.com
URL: http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 12/05/2013



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | **INFRINGEMENT#64 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311056<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wpxi.com<br>URL:     http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 12/05/2013 |  |
|  | **INFRINGEMENT#65 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311631<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wpxi.com<br>URL:     http://www.wpxi.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/<br>Observed Date: 01/28/2014 |  |
|  | **INFRINGEMENT#66 OF 93**<br>Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10311046<br>Date Taken: 10/19/2013<br>Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1620773302<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915526 | Domain: wpxi.com<br>URL:     http://www.wpxi.com/photo/entertainment/january-3/pzqkT/<br>Observed Date: 02/05/2014 |  |

09/29/2016 12:05:35

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#67 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wpxi.com
URL:   http://www.wpxi.com/photo/entertainment/january-2/pzqkW/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#68 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311056
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California on October 19, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wpxi.com
URL:   http://www.wpxi.com/photo/entertainment/january-1/pzqkX/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#69 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10309721
Date Taken: 10/19/2013
Photo Description: 'Hansel & Gretel Get Baked' actress Lara Flynn Boyle out shopping with her mom at the Beverly Glen Market.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:   http://www.wbli.com/feed/entertainment/the-lara-flynn-boyle-pictures-you-saw-on-the/fWXg6/
Observed Date: 02/04/2014

**WEB PAGE CAPTURE**




EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| | | |
|---|---|---|
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#70 OF 93** | **WEB PAGE CAPTURE** |



**INFRINGEMENT#70 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311143
Date Taken: 10/29/2013
Photo Description: 'The Normal Heart' actress Julia Roberts, who turned 46 years old yesterday, stopped by a yoga class in Malibu, California for a workout.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:    http://www.wbli.com/feed/entertainment/julia-roberts-pregnant-expected-to-give-birth-to/fWdhS/
Observed Date: 02/05/2014



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#71 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311631
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms in Moorpark, California.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL:    http://www.wbli.com/feed/entertainment/january-jones-visit-pumpkin-patch-with-adorable/fWMLc/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#72 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10312227
Date Taken: 11/30/2013
Photo Description: Actor Charlie Sheen is seen with his new porn star girlfriend Brett Rossi outside the Hotel El Ganzo in Cabo San Lucas, Mexico on November 30, 2013.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: wbli.com
URL: http://www.wbli.com/feed/entertainment/did-charlie-sheen-really-marry-porn-star-brett/fWnk8/
Observed Date: 02/05/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#73 OF 93**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300474
Date Taken: 08/28/2013
Photo Description: Myla Sinanaj shows off a picture of Kim Kardashian before she gets plastic surgery.
Copyright Application Date: 12/03/2013
Application Number: 1-1048307173
Copyright Registration Date: 12/03/2013
Registration Number: VA0001895233

Domain: thenew93q.com
URL:
http://www.thenew93q.com/photo/entertainment/m1/pzHBG/
Observed Date: 07/30/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#74 OF 93**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300563
Date Taken: 09/18/2013
Photo Description: Myla Sinanaj is seen on the beach in a pink bikini.
Copyright Application Date: 12/03/2013
Application Number: 1-1048512202
Copyright Registration Date: 12/03/2013
Registration Number: VA0001895235

Domain: thenew93q.com
URL:
http://www.thenew93q.com/photo/entertainment/m2/pzHBH/
Observed Date: 07/30/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#75 OF 93**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10300508
Date Taken: 09/18/2013
Photo Description: Myla Sinanaj in the water at the beach.
Copyright Application Date: 12/03/2013
Application Number: 1-1048512202
Copyright Registration Date: 12/03/2013
Registration Number: VA0001895235

Domain: thenew93q.com
URL:
http://www.thenew93q.com/photo/entertainment/split1/pzHBF/
Observed Date: 07/30/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | | | WEB PAGE CAPTURE |
|---|---|---|---|

**COPYRIGHTED IMAGE**



**INFRINGEMENT#76 OF 93**
Photo Owner: Visions of America, LLC
Photo ID Number: 10326251
Date Taken: 09/18/2013
Photo Description: This image title is: Shot Of Car Hood Stuck In Deep Mud.

Copyright Registration Date: 10/31/2005
Registration Number: VAu 684-449

Domain: kudzu.com
URL:     http://www.kudzu.com/article/Choosing-a-towing-service-id1084
Observed Date: 05/19/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#77 OF 93**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10386200
Date Taken: 08/14/2014
Photo Description: Katherine McPhee and Elyes Gabel make-out while taking a break from filming CBS pilot 'Scorpion' in LA.

Application Number: 1-1812262441
Copyright Registration Date: 10/09/2014
Registration Number: VA0001930469

Domain: actionnewsjax.com
URL:
http://www.actionnewsjax.com/photo/entertainment/katharine-mcphee-kissing-on-elyes-gabel/pCNYbM/
Observed Date: 10/16/2014

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#78 OF 93**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10427096
Date Taken: 09/09/2014
Photo Description: Haley Joel Osment on the set of 'Yoga Hosers' in Los Angeles.

Application Number: 1-1933903822
Copyright Registration Date: 11/26/2014
Registration Number: VA0001938522

Domain: power953.com
URL:       http://www.power953.com/weblogs/ricky-padilla/2014/sep/11/photos-remember-kid/
Observed Date: 12/10/2014

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#79 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10311052
Date Taken: 10/19/2013
Photo Description: Mad Men star January Jones takes her son Xander to Underwood Family Farms.
Copyright Application Date: 07/28/2014
Application Number: 1-1620773302
Copyright Registration Date: 07/28/2014
Registration Number: VA0001915526

Domain: springfieldnewssun.com
URL:
http://www.springfieldnewssun.com/photo/entertainment/january-2/pzqkW/
Observed Date: 06/01/2015

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#80 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10488549
Date Taken: 05/16/2015
Photo Description: Pregnant Leighton Meester and husband Adam Brody spotted out for lunch in Los Angeles, California.
Copyright Application Date: 07/29/2015
Application Number: 1-2594544072
Copyright Registration Date: 07/29/2015
Registration Number: VA0001971330

Domain: wbli.com
URL:   http://www.wbli.com/news/entertainment/morning-show/spreading-gossip-leighton-meester-pregnant/nmJzR/
Observed Date: 08/11/2015

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#81 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10503791
Date Taken: 07/17/2015
Photo Description: Jordan Grennan takes a bath with Hulk and his two 5 week old puppies on July 17, 2015 in the White Mountains, New Hampshire.
Copyright Application Date: 09/24/2015
Application Number: 1-2732595232

Registration Number: VA0001971326

Domain: palmbeachdailynews.com
URL:   http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 11/09/2015

EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#82 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10463399
Date Taken: 02/22/2015
Photo Description: Hulk with Marlon and Jordan Grennan at the Dark Dynasty K9s facility on February 22, 2015 in New Hampshire.
Copyright Application Date: 03/23/2015
Application Number: 1-2241789031
Copyright Registration Date: 03/23/2015
Registration Number: VA0001947718

Domain: palmbeachdailynews.com
URL:    http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 12/16/2015

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#83 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10463402
Date Taken: 02/22/2015
Photo Description: Hulk with Marlon and Jordan Grennan at the Dark Dynasty K9s facility on February 22, 2015 in New Hampshire.
Copyright Application Date: 03/23/2015
Application Number: 1-2241789031
Copyright Registration Date: 03/23/2015
Registration Number: VA0001947718

Domain: palmbeachdailynews.com
URL:    http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 12/16/2015

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#84 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10463410
Date Taken: 02/22/2015
Photo Description: Hulk with Lisa Grennan at the Dark Dynasty K9s facility in New Hampshire.
Copyright Application Date: 03/23/2015
Application Number: 1-2241789031
Copyright Registration Date: 03/23/2015
Registration Number: VA0001947718

Domain: palmbeachdailynews.com
URL:    http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 12/16/2015

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#85 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10503801
Date Taken: 07/17/2015
Photo Description: Hulk with his 6 day old puppies in the White Mountains, New Hampshire.
Copyright Application Date: 09/24/2015
Application Number: 1-2732595232

Registration Number: VA0001971326

Domain: palmbeachdailynews.com
URL:   http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 12/16/2015

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#86 OF 93**
Photo Owner: Barcroft Media, Ltd.
Photo ID Number: 10503802
Date Taken: 07/17/2015
Photo Description: Hulk with his 6 day old puppies in the White Mountains, New Hampshire.
Copyright Application Date: 09/24/2015
Application Number: 1-2732595232

Registration Number: VA0001971326

Domain: palmbeachdailynews.com
URL:   http://www.palmbeachdailynews.com/videos/news/giant-pit-bull-hulks-500000-puppy-litter/vDXmfx/
Observed Date: 12/16/2015

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#87 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: FFN_Jenner_Tyga_FF12_exc_081115_51821011.jpg
Date Taken: 08/11/2015
Photo Description: Kylie Jenner and her boyfriend Tyga go jet skiing together in Mexico.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: www.gocarolinas.com
URL:   http://www.gocarolinas.com/videos/news/kylie-jenner-and-tyga-are-careful-about-pda-while/vDYc8L/
Observed Date: 09/22/2015

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#88 OF 93 | | WEB PAGE CAPTURE |

**COPYRIGHTED IMAGE**



**INFRINGEMENT#88 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10501748
Date Taken: 07/15/2015
Photo Description: Actor David Schwimmer films a scene for his new anthology TV series American Crime Story.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: gocarolinas.com
URL:   http://www.gocarolinas.com/videos/entertainment/see-the-actors-playing-kim-kourtney-khloe-rob-on/vDXRD5/
Observed Date: 10/15/2015

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#89 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number:
FFN_KendallKhloe_ATVs_TRB_081715_51826023.jpg
Date Taken: 08/17/2015
Photo Description: Reality stars Kendall Jenner and Khloe Kardashian are all smiles while riding Four-Wheelers in St. Barts.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: www.gocarolinas.com
URL:   http://www.gocarolinas.com/videos/entertainment/the-kardashians-sexy-vacation-in-st-barts-see-the/vDYtNx/
Observed Date: 03/02/2016

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#90 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number:
FFN_Affleck_Ben_SBGR_exc_081515_51824675.jpg
Date Taken: 08/15/2015
Photo Description: Ben Affleck enjoys a cigarette on his 43rd birthday in Atlanta, Georgia.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: www.k923orlando.com
URL:   http://www.k923orlando.com/weblogs/ashleys-hollywood-sleaze/2015/aug/17/ben-affleck-celebrates-birthday-orlando/
Observed Date: 09/18/2015

**WEB PAGE CAPTURE**



EXHIBIT# 1 - FameFlynet, Inc. v. Cox Radio, Inc.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#91 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number:
FFN_Affleck_Ben_SBGR_exc_081515_51824675.jpg
Date Taken: 08/15/2015
Photo Description: Ben Affleck enjoys a cigarette on his 43rd birthday in Atlanta, Georgia.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: www.k923orlando.com
URL:      http://www.k923orlando.com/photo/entertainment/ben-affleck-universal/pCnbXm/
Observed Date: 09/18/2015

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#92 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number: 10506343
Date Taken: 08/07/2015
Photo Description: Ben Affleck enjoys a cigarette on his 43rd birthday in Atlanta, Georgia.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: k923orlando.com
URL:      http://www.k923orlando.com/videos/entertainment/ben-affleck-and-jennifer-garner-wear-their-wedding/vDYS8q/
Observed Date: 01/11/2016

**WEB PAGE CAPTURE**



---

**COPYRIGHTED IMAGE**



**INFRINGEMENT#93 OF 93**
Photo Owner: FameFlynet, Inc.
Photo ID Number:
FFN_Affleck_Ben_SBGR_exc_081515_51824675.jpg
Date Taken: 08/15/2015
Photo Description: Ben Affleck enjoys a cigarette on his 43rd birthday in Atlanta, Georgia.
Copyright Application Date: 09/24/2015
Application Number: 1-2734759362
Copyright Registration Date: 09/24/2015
Registration Number: VA0001971327

Domain: www.k923orlando.com
URL:
http://www.k923orlando.com/search/?q=Ben+Affleck&page=6
Observed Date: 01/14/2016

**WEB PAGE CAPTURE**



x